

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

State Board of Barber Examiners
Austin, Texas

Gentlemen:

Opinion No. O-1657
Re: Application of Senate Bill No. 190,
46th Legislature, Regular Session,
to the State Board of Barber Examin-
ers.

This will acknowledge receipt of your letter of
November 6, 1939, wherein you state that your Board is financ-
ed entirely by funds collected from fees from the barbers of
this State, deposited in a special fund in the State Treasury,
and that no part of the expenses of your Board is paid from
the General Revenue Fund of the State of Texas, and ask the
opinion of this department upon the question whether, in view
of such facts, Senate Bill No. 190, passed by the 46th Legis-
lature, applies to your Board.

Section 3 of the Act reads as follows:

"This Act shall apply to all State departments
supported by funds from the general appropriation
funds, except the educational institutions of this
State, and to those departments receiving special
allotments of funds from the Federal government,
provided, however, that nothing herein shall be con-
strued as superseding any provisions of the Acts of
Congress, through or by which such grants are made.
Said Act shall also apply to all special emergency
appropriations of State funds."

The phrase "general appropriation funds" was appar-
ently intended by the Legislature to refer to the General
Revenue Fund. If it had been the legislative intent to apply
the Act also to State departments supported exclusively by
appropriations from special funds, fees, and local receipts,
it would seem that the Legislature would merely have provided
that the Act should apply to all State departments except the
educational institutions of the State.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

State Board of Barber Examiners, Page 2

We therefore construe the Act as excluding from its operation those State departments which are financed exclusively from special funds. Therefore, in our opinion, the provisions of Senate Bill No. 190 do not apply to the State Board of Barber Examiners.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *R.W.Fairchild*

R. W. Fairchild
Assistant

RWF:pbp

AFFROVED NOV 20, 1939

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY